**FORD GLOBAL TECHNOLOGIES, LLC, Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee,**

and

**Keystone Automotive Industries, Inc., U.S. Auto Parts Network, Inc., Gordon Auto Body Parts Co., Ltd., Y.C.C. Parts Manufacturing Co., Ltd., TYC Brother Industrial Co., Ltd., and Depo Auto Parts Ind. Co., Ltd., Intervenors.**

**Keystone Automotive Industries, Inc., U.S. Auto Parts Network, Inc., Gordon Auto Body Parts Co., Ltd., Y.C.C. Parts Manufacturing Co., Ltd., TYC Brother Industrial Co., Ltd., and Depo Auto Parts Ind. Co., Ltd., Appellants,**

v.

**International Trade Commission, Appellee,**

and

**Ford Global Technologies, LLC, Intervenor.**

Nos. 2007–1357, 2007–1526.

United States Court of Appeals, Federal Circuit.

April 2, 2009.

Frank A. Angileri, Thomas A. Lewry, Sangeeta G. Shah, Marc Lorelli, Brooks

Kushman P.C., Southfield, MI, V. James Adduci II, Michael L. Doane, Adduci, Mastriani & Schaumberg, LLP, Washington, DC, for Appellant.

Alan L. Barry, Heather A. Boice, Brian J. Arnold, K & L Gates LLP, Chicago, IL, Alan A. Wright, Smith R. Brittingham IV, Finnegan, Henderson, Farabow, Washington, DC, for Intervenors.

J. Michael Jakes, Basil J. Lewris, Robert D. Litowitz, Kathleen A. Daley, John M. Williamson, Finnegan, Henderson, Farabow, Washington, DC, for Appellants/Intervenors.

Jonathan Engler, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).